UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Raul F Delgado           Case No: 15-25757-RAM
         Elsa B Delgado           Chapter 7
              Debtor
_____/

### *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

COME NOW the Debtors,  Raul F Delgado and Elsa B Delgado, by and through undersigned counsel and files this Motion to Enlarge the Time to File a Reaffirmation Agreement pursuant to Rules 4008(a) and 9006(b)(3) and as grounds therefore states the following:

1. On August 31, 2015 the Debtors filed this Chapter 7 bankruptcy case.

2. The initial §341 meeting of creditors was set for October 7, 2015.

3. Pursuant to Fed. R. Bankr. P. 4008(a), a reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors under §341(a) of the Code which would have been December 8, 2015.

4. The Debtors are contemplating entering into a reaffirmation agreement with Creditor Wells Fargo to reaffirm their homestead property.

5. The instant Motion is made to protect the availability to reaffirm the above-mentioned debt without having the time expire on the creditor and the debtors.

6. The instant Motion is not being filed to delay any proceedings.

7. A discharge has not been entered at the time of filing the instant Motion.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting the Motion to Enlarge time to File a Reaffirmation Agreement through to  January 6, 2016   so that said reaffirmation agreement may be filed timely if the Debtors so wish to reaffirm.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this __3__ day of _December_ _2015_ a true and correct copy of the foregoing was sent via CM/ECF to Chapter 7 Trustee, Joel L Tabas, Esq, 14 NE 1 Ave PH Miami, FL 33132; and to all creditors on the service list via first class mail.

    Robert Sanchez, Esq.
    355 West 49th St
    Hialeah, FL 33012
    Tel. (305)-687-8008
    By: _/s/ Robert Sanchez_
    Robert Sanchez, Esquire
    FBN#0442161

| | | |
|---|---|---|
| Bank of America, N.A.<br>c/o Frederick J Hanna &<br>Associates, P.C.<br>7901 SW 6th Court<br>Suite 310<br>Plantation, FL 33324 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 |
| Citizens One<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Syncb/Banana Rep<br>Po Box 965005<br>Orlando, FL 32896 |
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 |
| Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wf/Wb<br>Po Box 3117<br>Winston Salem, NC 27102 |