

**ORDERED in the Southern District of Florida on December 4, 2015.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Raul F Delgado                           Case No: 15-25757-RAM
        Elsa B Delgado                           Chapter 7
                Debtor
_____/

### ORDER APPROVING *EX-PARTE* MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT

THIS CAUSE came before the Court upon Debtors' *Ex-Parte* Motion to Enlarge the Time to file a Reaffirmation Agreement. The Court having reviewed the Motion and the record herein, being otherwise fully advised, it is

**ORDERED** that the Motion is GRANTED. The time within which the Debtor may file reaffirmation agreements is extended through January 6, 2016 and the Clerk shall not issue a discharge before said date.

###

*Attorney Sanchez shall serve a conformed copy of this order upon all parties in interest and file a certificate of service with the Clerk of Court.*